# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELBERT PAULINO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KRISS TODD, et. al.,<br><br>　　　　　Defendants.<br>_____/ | CV F   04 6597 OWW LJO P<br><br>FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS AND DEFENDANTS FROM ACTION |

　Delbert Paulino ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　On April 11, 2006, the Court issued an Order dismissing the Complaint with leave to amend finding that the Complaint stated only a First Amendment claim concerning the hair grooming policy and religious practice against Defendants Todd and Muth and a claim against Defendant Bryant for mail interference. However, the Complaint did not state any cognizable claim for relief against Defendants Wilson, Adkinson, McDill, Johnson, Alvord, Hoppe or Anastecio.

　On April 28, 2006, Plaintiff informed the Court that he did not wish to file an Amended Complaint but wished to proceed only on the cognizable claims for relief.

　Accordingly, in light of Plaintiff's request, the Court RECOMMENDS that Defendants Wilson, Adkinson, McDill, Johnson, Alvord, Hoppe or Anastecio be DISMISSED from the

1

1 action and that the action proceed only on Plaintiff's First Amendment claim against Defendants
2 Todd and Muth and his mail interference claim against Defendant Bryant.

3       The Court HEREBY ORDERS that these Findings and Recommendations be submitted
4 to the United States District Court Judge assigned to this action pursuant to the provisions of 28
5 U.S.C. § 636 (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States
6 District Court, Eastern District of California.  Within ELEVEN (11) days after being served with
7 a copy of these Findings and Recommendations, any party may file written Objections with the
8 Court and serve a copy on all parties.  Such a document should be captioned "Objections to
9 Magistrate Judge's Findings and Recommendations."  Replies to the Objections shall be served
10 and filed within TEN (10) court days (plus three days if served by mail) after service of the
11 Objections.  The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C.
12 § 636 (b)(1)(C).  The parties are advised that failure to file Objections within the specified time
13 may waive the right to appeal the Order of the District Court.  <u>Martinez v. Ylst</u>, 951 F.2d 1153
14 (9th Cir. 1991).
15 IT IS SO ORDERED.
16 **Dated:   May 13, 2006**                          **/s/ Lawrence J. O'Neill**
    b9ed48                                              UNITED STATES MAGISTRATE JUDGE
17