1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10   DELBERT PAULINO,                          CV F   04 6597 OWW LJO P

11                    Plaintiff,
                                              ORDER FINDING SERVICE OF COMPLAINT
12        v.                                  APPROPRIATE AND FORWARDING
                                              DOCUMENTS TO PLAINTIFF
13
     KRISS TODD, et. al.,
14
                    Defendants.
15   _____/

16
        Delbert Paulino ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis
17
     in this civil rights action filed pursuant to 42 U.S.C. § 1983.
18
        The Court has screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds
19
     that it states cognizable claims for relief under 42 U.S.C. § 1983 against Defendants Todd and
20
     Muth for First Amendment violations concerning hair grooming policy and religious practices,
21
     and for mail interference against Defendant Bryant.[1] Fed. R. Civ. P. 8(a); Swierkiewicz v.
22
     Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir.
23
     2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara,
24
     307 F.3d 1119, 1125-26 (9th Cir. 2002).
25
        Accordingly, IT IS HEREBY ORDERED that:
26

27   _____

28   [1]Concurrent with this Order, the Court issued Findings and Recommendations that Defendants Wilson,
     Adkinson, McDill, Johnson, Alvord, Hoppe or Anastecio be dismissed from the action. \

                                              1

1.    Service is appropriate for the following Defendants:

KRISS TODD

D. MUTH

JENNIFER BRYANT

2.    The Clerk of the Court shall send Plaintiff THREE USM-285 forms, THREE summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed November 23, 2004.

3.    Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a.    Completed summons;

   b.    One completed USM-285 form for each defendant listed above; and

   c.    FOUR copies of the endorsed complaint filed November 23, 2004.

4.    Plaintiff need not attempt service on Defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.    The failure to comply with this Order will result in a Recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:    May 13, 2006**                          **/s/ Lawrence J. O'Neill**
b9ed48                                                 UNITED STATES MAGISTRATE JUDGE