UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELBERT PAULINO,<br><br>             Plaintiff,<br><br>vs.<br><br>KRISS TODD, et al.,<br><br>             Defendants.<br>_____/ | 1:04-cv-06597-OWW-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 10)<br><br>**ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS** |

     Delbert Paulino ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

     On May 15, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within eleven (11) days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 <u>de novo</u> review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.  The Findings and Recommendations, filed May 15, 2006,
8 are ADOPTED IN FULL;
9    2.  Defendants Wilson, Adkinson, McDill, Johnson, Alvord,
10 Hoppe, and Anastecio are DISMISSED from this action; and,
11   3.  The action proceed only on Plaintiff's First Amendment
12 claim against Defendants Todd and Muth, and on the mail
13 interference claim against Defendant Bryant.
14 IT IS SO ORDERED.
15 **Dated:   June 23, 2006**          **/s/ Oliver W. Wanger**
   emm0d6                       UNITED STATES DISTRICT JUDGE