# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELBERT PAULINO,<br><br>        Plaintiff,<br><br>  v.<br><br>KRISS TODD, et. al.,<br><br>        Defendants.<br>_____/ | CV F   04 6597 OWW LJO P<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE ANSWER<br>(Doc. 21.) |

     Delbert Paulino ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

     On August 3, 2006, Defendants moved to extend the time to respond to Plaintiff's claim for thirty days.  Defendants state that they have yet to receive all the papers from the California Department of Corrections and Rehabilitation needed to file an Answer.  As such, more time is needed to prepare and file a responsive pleading.

     Good cause appearing, the Court HEREBY GRANTS Defendants request for a 30-day extension of time to respond to Plaintiff's Complaint.  The Answer is due on or before Monday, September 4, 2006.

IT IS SO ORDERED.

Dated:   August 3, 2006                        /s/ Lawrence J. O'Neill
b9ed48                                        UNITED STATES MAGISTRATE JUDGE