IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DELBERT PAULINO,**<br><br>                                         Plaintiff,<br><br>           v.<br><br>**K. TODD, et al,**<br><br>                                         Defendants. | 1:04-cv-06597 OWW LJO P<br><br>**ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendants move for more time to file a response on the basis that documents needed have not yet been obtained from the California Department of Corrections and Rehabilitation. Good cause appearing, Defendants Bryant, Muth and Todd are granted a 30-day extension of time to respond to Plaintiff's Complaint. Defendants' responses to Plaintiff's complaint shall be due on or before Wednesday, October 4, 2006.

IT IS SO ORDERED.

**Dated:    September 6, 2006**                     **/s/ Lawrence J. O'Neill**
b6edp0                                                              UNITED STATES MAGISTRATE JUDGE