EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Senior Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
STEPHEN P. ACQUISTO
Supervising Deputy Attorney General
PHILLIP L. ARTHUR, State Bar No. 238339
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-0032
 Fax: (916) 324-5205
 Email: Phillip.Arthur@doj.ca.gov

Attorneys for Defendants Todd, Bryant, and Muth

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DELBERT PAULINO,** | 1:04-cv-6597 LJO DLB P |
| Plaintiff, | **ORDER** |
| v. | |
| **K. TODD, et al,** | |
| Defendants. | |

**FOR GOOD CAUSE SHOWN**, Defendant Todd is granted an extension of time up to and including March 22, 2007, in which to serve Plaintiff with Defendant Todd's responses to Plaintiff's First set of Interrogatories and Request for Admissions.

04pc6597.paulino.ext.dm.wpd

*[Proposed] Order*

1

1  SA2006110518
   IT IS SO ORDERED.

2      **Dated:** **March 7, 2007**            **/s/ Dennis L. Beck**
   3c0hj8                                          UNITED STATES MAGISTRATE JUDGE