UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DELBERT PAULINO, | ) | 1:04-CV-6597 LJO NEW (DLB) PC |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | |
| v. | ) | |
| | ) | (DOCUMENT #37) |
| KRISS TODD, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 8, 2007, Defendant Todd filed a motion to extend time to respond to Plaintiff's Second Set of Interrogatories and Request for Admissions. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendant Todd is granted thirty days from the date of service of this order in which to respond to Plaintiff's Second Set of Interrogatories and Request for Admissions.

IT IS SO ORDERED.

Dated: **June 7, 2007**         **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE