IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELBERT PAULINO, | 1:04-cv-06597-LJO-GSA-PC |
|     Plaintiff, | ORDER ADOPTING FINDINGS & RECOMMENDATION |
|   vs. | (Doc. 48) |
| DEPT. OF CORRECTIONS, et al., | ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
|     Defendants. | (Doc. 40) |
| _____/ | ORDER DISMISSING ACTION AND DIRECTING CLERK TO CLOSE CASE |

Delbert Paulino ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 4, 2008, findings and a recommendation were entered, recommending that defendants' motion for summary judgment be granted in its entirety and judgment be entered in favor of defendants and against plaintiff on his claims regarding mail and religious expression. Plaintiff was provided an opportunity to file objections to the findings and recommendations within twenty (20) days. On March 24, 2008, plaintiff filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire

1

file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendation issued by the Magistrate Judge on March 4, 2008, are ADOPTED IN FULL;

2. Defendants' motion for summary judgment, filed on June 11, 2007, is GRANTED;

3. This action is DISMISSED in its entirety;

4. The Clerk of Court is DIRECTED to enter judgment in favor of defendants and against plaintiff on his claims regarding mail and religious expression; and

5. The Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

**Dated:   March 26, 2008**         /s/ Lawrence J. O'Neill
                        UNITED STATES DISTRICT JUDGE