IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELBERT PAULINO,<br><br>        Plaintiff,<br><br>   vs.<br><br>KRISS TODD, et al.,<br><br>        Defendants.<br>_____/ | 1:04-cv-06597-LJO-GSA-PC<br>Appeal Number 08-16081<br><br>ORDER DISREGARDING APPLICATION FOR CERTIFICATE OF APPEALABILITY (Doc. 53)<br><br>ORDER FOR CLERK TO SERVE COPY OF THIS ORDER ON NINTH CIRCUIT |

Delbert Paulino ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On March 26, 2008, defendants' motion for summary judgment was granted and judgment was entered against plaintiff in this action. (Doc. 50.) On April 7, 2008, plaintiff filed a notice of appeal to the Court of Appeals for the Ninth Circuit, along with an application for a certificate of appealability pursuant to Rule 22 of the Federal Rules of Appellate Procedure. (Docs. 52, 53.)

Rule 22 of the Federal Rules of Appellate Procedure requires that an applicant who files a notice of appeal in a habeas proceeding must obtain a certificate of appealability under 28 U.S.C. § 2253(c), or a statement why a certificate should not issue, from the district judge who rendered judgment in the action. Fed. R. App. P. 22(b). The district clerk must send the certificate or statement to the court of appeals along with the notice of appeal. Id. Plaintiff has requested a

certificate of appealability for the notice of appeal he filed in this action on April 7, 2008. However, plaintiff's appeal concerns a civil rights action under § 1983, not a habeas proceeding. Therefore, Rule 22 does not apply to plaintiff's appeal, and plaintiff's application for a certificate of appealability shall be disregarded. Plaintiff is advised that his appeal was processed and forwarded to the Ninth Circuit on April 29, 2008. (Doc. 55.)

          Accordingly, THE COURT HEREBY ORDERS that:

          1.      Plaintiff's Application for a Certificate of Appealability is DISREGARDED; and

          2.      The Clerk is DIRECTED to serve a copy of this order on the Ninth Circuit.

IT IS SO ORDERED.

Dated:   **July 7, 2008**          /s/ **Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE

2